# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Peter A. Nolan  Telephone: 512-370-2885
Firm Name: Winstead PC
Business Address: 401 Congress Avenue, Suite 2100
Austin, Texas 78701

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | Date |
|---|---|---|
| Texas Star Bar | 15062600 | 10/21/75 |
| US Supreme Court, State of Texas | | 10/21/75 |
| US Supreme Court | | 5/21/79 |
| USDC, Western District of Texas | | 8/6/81 |
| US Court of Appeals, 5th Circuit | | 5/17/95 |
| USDC, Eastern District of Michigan | | 12/6/95 |
| US Court of Federal Claims | | 2/9/96 |
| USDC, Southern District of Texas | | 3/6/96 |
| US Court of Appeals, Federal Circuit | | 9/16/96 |
| USDC, Western District of Oklahoma | | 11/7/96 |
| US Court of Appeals, 4th Circuit | | 6/5/00 |
| US Court of Appeals, 10th Circuit | | 7/9/02 |
| USDC, Eastern District of Texas | | 12/1/09 |
| USDC, Northern District of Texas | | 5/12/15 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
☐ No    X Yes (provide additional information) –Dismissed 8/11/03

Prior pro hac vice admissions in the District of Utah:     ☒ none

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

    I certify that I am a member in good standing of all bars to which I have been admitted. I further agree to read and comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. This certification that the foregoing is true and correct is made under penalty of perjury.

_____        _____1/31/20_____
Signature                                Date